No. 93-9567. McCoy *v.* Scott, Director, Texas Department of Criminal Justice, Institutional Division, et al. C. A. 5th Cir. Certiorari denied.

No. 93-9569. Head *v.* United States. Ct. App. D. C. Certiorari denied.

No. 93-9570. Freedlander *v.* United States. C. A. 4th Cir. Certiorari denied.

No. 93-9571. Jordan, aka Woods *v.* United States. Ct. App. D. C. Certiorari denied.

No. 93-9572. Everett *v.* United States. Ct. App. D. C. Certiorari denied.

No. 93-9573. Jimenez *v.* General Motors Corp. et al. C. A. 6th Cir. Certiorari denied.

No. 93-9574. Williams *v.* Scott, Director, Texas Department of Criminal Justice, Institutional Division. C. A. 5th Cir. Certiorari denied.

No. 93-9576. Jestice *v.* California. Ct. App. Cal., 5th App. Dist. Certiorari denied.

No. 93-9578. Lang *v.* Department of Health and Human Services. C. A. 3d Cir. Certiorari denied.

No. 93-9579. Leppard *v.* Chapleau, Warden. C. A. 6th Cir. Certiorari denied.

No. 93-9580. Lee *v.* Benjamin Franklin Federal Savings Assn. et al. C. A. 5th Cir. Certiorari denied.

No. 93-9581. Lloyd *v.* Shalala, Secretary of Health and Human Services. C. A. 2d Cir. Certiorari denied.

No. 93-9582. Emerson *v.* United States. C. A. 6th Cir. Certiorari denied.

No. 93-9583. Fugarino *v.* United States. C. A. 3d Cir. Certiorari denied.